FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

September 4, 2015

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Barry G. Johnson
2821 E. Lancaster
Ft Worth, TX 76103
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:    02-15-00041-CR
                                     02-15-00042-CR
                                     02-15-00043-CR
                                     02-15-00044-CR
         Trial Court Case Number:    1309930D
                                     1309990D
                                     1310195D
                                     1310196D

Style:   Raul Mirabal
         v.
         The State of Texas

The State's brief has been filed under the date of Wednesday, September 02, 2015 in the above referenced cause.

You will be notified when a submission date has been set.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk